IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 0 5 2020

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated, | ) ) ) | CV 20-30-BLG-SPW |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, and DOES 1-100, | ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs Jodie and Andy Drange move for the admission of Evan M. Selik to practice before the Court in the above captioned matter with David C. Dalthorp and Murry Warhank of Helena, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiffs' Jodie and Andy Drange's motion to admit Evan M. Selik to appear *pro hac vice* (Doc. 18) is GRANTED and he is authorized to appear as counsel with David C. Dalthorp and Murry Warhank pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 5th day of May, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1