IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

MAY 2 6 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY and DOES 1-100,<br><br>Defendants. | CV 20-30-BLG-SPW<br><br>ORDER |

On April 24, 2020, the Defendant filed a motion to dismiss the amended complaint. (Doc. 8). On May 18, 2020, the Court granted the Plaintiffs leave to file a second amended complaint. (Doc. 27). The Plaintiffs filed their second amended complaint on May 19, 2020. (Doc. 28). The second amended complaint supersedes the first amended complaint, rendering the Defendant's motion to dismiss the first amended complaint moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The Defendant's motion to dismiss the first amended complaint (Doc. 8) is therefore denied.

1

DATED this 26th day of May, 2020.

SUSAN P. WATTERS
United States District Judge