IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; and DOES 1-100<br><br>Defendants. | CV 20-30-BLG-SPW<br><br>ORDER |

Pursuant to the Court's Scheduling Order, the parties agreed to proceed with the case in two Phases. (Doc. 32). Upon resolution of Phase 1, "the parties will reconvene to propose a plan for Phase 2." (*Id.* at 1). The Court's ruling on the summary judgment motions has now resolved the Phase 1 matters. Therefore,

IT IS HEREBY ORDERED that counsel for the named parties shall submit their proposal for proceeding with Phase 2 of the case within 30 days of the entry of this Order.

Dated this 25th day of May, 2021.

SUSAN P. WATTERS
United States District Judge