FILED

NOV 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JODIE DRANGE; ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs-Petitioners,<br><br> v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; DOES 1 - 100,<br><br>        Defendants-Respondents. | No. 22-80101<br><br>D.C. No. 1:20-cv-00030-SPW<br>District of Montana, Billings<br><br>ORDER |

Before: McKEOWN and WARDLAW, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's September 1, 2022 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (stating standard).

LCC/MOATT