IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY and DOES 1-100,<br><br>Defendants. | CV 20-30-BLG-SPW<br><br>NOTICE |

The Court held a scheduling conference on Thursday, January 12, 2023, in this matter. During the scheduling conference, Defendant Mountain West Farm argued that the Court had ruled, as a matter of law, that Plaintiffs Jodie and Andy Drange failed to abide by their insurance policy's appraisal process, which ultimately precluded any insurance coverage. Plaintiffs asserted that the Court had ruled that disputed facts existed on the issue, such that resolution on summary judgment was inappropriate. The parties asked the Court to resolve their dispute.

Having reviewed the record, the Court agrees with Plaintiffs. In its order on the parties' cross-motions for summary judgment, the Court found it was

"apparent" that questions of fact existed on the issue. (Doc. 73 at 14-15). As such, summary judgment was inappropriate.

DATED this 18th day of January, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge