Martha Sheehy
SHEEHY LAW FIRM
P. O. Box 584
Billings, Montana 59103-0584
Telephone: (406) 252-2004
msheehy@sheehylawfirm.com

Randall G. Nelson
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT  59102
(406) 867-7000
(406) 867-0252 Fax
rgnelson@nelsonlawmontana.com

    Attorneys for Defendant Mountain
  West Farm Bureau Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>                      Plaintiffs,<br><br>-vs-<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, and DOES 1-100<br><br>                      Defendant. | Cause No. CV-20-30-BLG-SPW<br><br>**STIPULATION FOR DISMISSAL**<br>       **WITH PREJUDICE** |

Defendant Mountain West Farm Bureau Mutual Insurance Company ("Mountain West") and Plaintiffs Jodie and Andy Drange hereby advise the Court that the parties have reached a settlement of this matter and stipulate to the dismissal of this action with prejudice, with each party bearing their own attorneys' fees and costs. A proposed order of dismissal is provided.

DATED this 18th day of July, 2023.

SHEEHY LAW FIRM

By  /s/Martha Sheehy
MARTHA SHEEHY
P. O. Box 584
Billings, Montana 59103-0584
Msheehy@sheehylawfirm.com

Attorneys for Defendant Mountain West
Farm Bureau Mutual Insurance Company

WORDEN THANE, P.C.

By /s/Martin Rogers

Attorneys for Plaintiffs Jodie and Andy
Drange, each individually and on behalf of
other persons similarly situated