IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JODIE and ANDY DRANGE, each individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, and DOES 1-100,<br><br>Defendants. | CV 20-30-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 108), by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for Wednesday, October 25, 2023 at 1:30 p.m. and the Trial set for Monday, November 13, 2023 at 9:00 a.m. are **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of July, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE